**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7763**

---

ALVIN LEWIS ANDERSON,

Plaintiff - Appellant,

versus

The Honorable THOMAS E. FOSTER; NATIONSBANK;
CYNTHIA ANDERSON,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-95-2932-2-18-AJ)

---

Submitted:  April 15, 1996          Decided:  April 29, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN,[*] Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Alvin Lewis Anderson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

---

[*] Senior Judge Chapman did not participate in consideration of
this case. The opinion is filed by a quorum of the panel pursuant
to 28 U.S.C. § 46(d).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Although Appellant filed objections to the magistrate judge's report, those objections do not challenge the magistrate judge's conclusion that Defendant Foster was entitled to immunity and the remaining Defendants were not state actors. Consequently, the district court's failure to review Appellant's objections was harmless error, and it properly adopted the magistrate judge's recommendation. See generally Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982) (failure to file specific objections to particular conclusions in magistrate judge's report, after warning of consequences of failure to object waives further review). Accordingly, we affirm the dismissal of Appellant's action. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED